# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| MARKUS DIXON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 24-0353-CV-W-BCW |
| MOLSON COORS BEVERAGE COMPANY USA LLC, | ) | |
| Defendant. | ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant's motion to dismiss (Doc. #7) is GRANTED and the above-captioned matter is DISMISSED WITHOUT PREJUDICE. Plaintiff's request for leave to amend is DENIED as futile.

| | |
|---|---|
| February 4, 2025 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |